**No. 56718.**—W. W. White, Esso Export Corp. and Overton & Co. v. United States, protest 177587–K (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of paper-covered periodicals issued within 6 months prior to the time of entry and that they are devoted to current literature of the day, are issued regularly at stated periods, and bear the date of issue, the same in all material respects as the periodicals involved in Abstract 56077, the claim for free entry under paragraph 1726 was sustained.